JONATHAN H. COLMAN (SBN 93652)
JOHN K. FLOCK (SBN 200183)
LAUREN B. KUTZ (SBN 250718)
COLMAN PERKINS LAW GROUP
500 North Brand Boulevard, Suite 2200
Glendale, California 91203
TELEPHONE (818)546-8686
FACSIMILE   (818)546-8787

Attorneys for Defendants
COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEF LOUIS BOOTOW,<br><br>       Plaintiffs,<br>vs.<br><br>COSTCO WHOLESALE CORPORATION; BRUCE FINN; DOES 1 to 20,<br><br>       Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTILTED COURT:

PLEASE TAKE NOTICE THAT Defendant, Costco Wholesale Corporation ("Defendant") hereby removes this action from the Superior Court of the State of California, County of Orange, to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and sets forth in support of its Notice of Removal of Action the following:

**Complete Diversity Exists**

1.     This Notice of Removal is based in part, upon 28 U.S.C. § 1441(a) that states: "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the

defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

2. District courts have original have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. 28 U.S.C. § 1332(a)(1).

3. Plaintiff, Josef Louis Bootow is a citizen of the state of California.

4. Defendant, Costco Wholesale Corporation was, at the time of the filing of this action, and still is, a citizen of the state of Washington. Defendant is a California corporation with its headquarters and principal place of business in Washington.

5. Defendant, Bruce Finn has not been served or appeared in this action. Those named as defendants but not yet served in the state court action need not join the notice of removal. Northern Ill. Gas Co. v. Airco Industrial Gases (7th Cir. 1982) 676 F2d 270, 272; Destfino v. Reiswig (9th Cir. 2011) 630 F3d 952, 955 (codefendants not properly served need not join).

6. Thus, a defendant who has been served or who has otherwise acquired notice of a state court action need not seek out and notify codefendants who have not yet been served to ask them to join in the removal. See Gossmeyer v. McDonald (7th Cir. 1997) 128 F3d 481, 489.

7. Moreover, defendant, Bruce Finn appears to have been named to create a fraudulent joinder. Joinder in the notice of removal is not required by persons named as defendants solely to prevent removal. Chambers v. HSBC Bank USA, N.A. (6th Cir. 2015) 796 F3d 560, 564-565; Farias v. Bexar County Bd. of Trustees for Mental Health Mental Retardation Services (5th Cir. 1991) 925 F2d 866, 871.

8. Therefore, diversity of citizenship exists for purposes of removal of the state court action to this district court.

/ / /

**Amount in Controversy Exceeds $75,000**

9. Plaintiff's Complaint alleges two causes of action for negligence and premises liability against Defendant. (*See* Plaintiff's Complaint, Case No. 30-2021-01228600-CU-PO-CJC, Superior Court of California, County of Orange, pages 3, attached as Exhibit A.)

10. On July 11, 2020, Plaintiff alleges that he slipped and fell while visiting Defendant's store located at 22633 Savi Ranch Parkway, Yorba Linda, California and sustained personal injuries. Plaintiff alleges Defendant was negligent since the dangerous condition was known, or in the exercise of ordinary and reasonable care would have been known to Defendant in adequate time for a reasonably prudent person to warn of, prevent, and/or make safe the condition, which caused Plaintiff to suffer injury. (*See* Plaintiff's Complaint, Case No. 30-2021-01228600-CU-PO-CJC, Superior Court of California, County of Orange, pages 3, attached as Exhibit A.)

11. Plaintiff alleges he has suffered general damages, medical and incidental expenses, other special and incidental damages, loss of earnings, and loss of earning capacity. (*See* Plaintiffs' Complaint, Case No. 30-2021-01228600-CU-PO-CJC, Superior Court of California, County of Orange, pages 3, attached as Exhibit A.)

12. On March 10, 2022, Plaintiff served Defendant with a Statement of Damages explaining he sustained medical specials (to date) in the amount of $250,000.00, future medical specials in the anticipated amount of $500,000.00, and general damages in the amount of $3,000,000.00. (*See* Plaintiff's Statement of Damages, attached as Exhibit B.)

13. Therefore, Plaintiff alleges damages that far exceed the minimum amount in controversy requirements for purposes of removal of the state court action to this district court.

/ / /

/ / /

**Notice of Removal Is Timely**

14. On October 28, 2021, Plaintiff filed this action in the Superior Court of the State of California, County of Orange, as case no. 30-2021-01228600-CU-PO-CJC. (*See* Plaintiff's Complaint attached hereto as Exhibit A.)

15. On March 10, 2022, Plaintiff served the Summons and Complaint on Defendant through its registered agent, C T Corporation System.

16. This Notice of Removal is being filed within thirty (30) days after Defendant received Plaintiff's initial pleading. 28 U.S.C. § 1446(b).

**Other Requirements for Removal Are Met**

17. Removal of this lawsuit to the United States District Court for the Central District of California, Southern Division is proper as the Superior Court of the State of California, County of Orange, where the action was originally filed, is located in this district.

18. Defendant is simultaneously filing a Notice of Removal to Federal Court with the Superior Court of the State of California, County of Orange, and it has given notice and served this pleading on Plaintiff. (A true and correct copy of the Notice of Removal to Federal Court filed with the Superior Court is attached hereto as Exhibit C.)

**Demand for Jury Trial**

19. Separate and apart from removal requirements, counsel for Defendant demands a jury trial.

Dated: March 29, 2022

COLMAN PERKINS LAW GROUP

BY: _____
JONATHAN H. COLMAN
JOHN K. FLOCK
LAUREN B. KUTZ
Attorneys for Defendants
COSTCO WHOLESALE CORPORATION

# EXHIBIT A

Case 8:22-cv-00636-JVS-JDE Document 1-1 Filed 03/30/22 Page 6 of 17 Page ID #:6
Electronically Filed by Superior Court of California, County of Orange, 12/28/2021 01:53:52 PM.
30-2021-01228600-CU-PO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Hailey McMaster, Deputy Clerk.

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Gene J. Goldsman, Esq.   SBN: 76554 <br> Law Offices of Gene J. Goldsman <br> 501 Civic Center Drive West <br> Santa Ana, CA 92701 <br> TELEPHONE NO: (714) 541-3333   FAX NO. *(Optional):* (714) 541-0456 <br> E-MAIL ADDRESS *(Optional):* ESERVICE@GJGLAW.COM <br> ATTORNEY FOR *(Name):* Josef Louis Bootow | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Josef Louis Bootow

DEFENDANT: Costco Wholesale Corporation; Bruce Finn

[X] DOES 1 TO 20

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number):*

Type *(check all that apply):*
[ ] MOTOR VEHICLE    [X] OTHER *(specify):* Negligence; Premises Liability
[X] Property Damage  [ ] Wrongful Death
[X] Personal Injury  [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 30-2021-01228600-CU-PO-CJC

Assigned for All Purposes
Judge Lon F. Hurwitz

1. Plaintiff *(name or names):* Josef Louis Bootow
   alleges causes of action against defendant *(name or names):* Costco Wholesale Corporation; Bruce Finn; DOES 1 to 20

2. This pleading, including attachments and exhibits, consists of the following number of pages: 7
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use <br> Judicial Council of California <br> PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Code of Civil Procedure, § 425.12 <br> www.courtinfo.ca.gov <br> Westlaw Doc & Form Builder |

11

| SHORT TITLE: Bootow v. Costco Wholesale Corporation, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Costco Wholesale Corporation
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 to 20 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 to 20 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| SHORT TITLE: Bootow v. Costco Wholesale Corporation, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☒ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)*: Costs of transportation to and from all medical providers; costs of suit; pre and post judgment interest; any such further relief as the Court deems just and proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*: All Paragraphs

Date: October 28, 2021

Gene J. Goldsman, Esq.
(TYPE OR PRINT NAME)          ▶          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 3 of 3

13

# EXHIBIT B

CIV-050

**-DO NOT FILE WITH THE COURT-**
**- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Gene J. Goldsman, Esq.<br>LAW OFFICES OF GENE J. GOLDSMAN<br>501 Civic Center Drive West<br>Santa Ana, CA 92701<br>eservice@gjglaw.com<br>ATTORNEY FOR (name): Josef Louis Bootow | (714)541-3333 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Josef Louis Bootow
DEFENDANT: Costco Wholesale Corporation; Bruce Finn

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>30-2021-01228600-CU-PO-CJC |
|---|---|

To (name of one defendant only): Costco Wholesale Corporation
Plaintiff (name of one plaintiff only): Josef Louis Bootow
seeks damages in the above-entitled action, as follows:

1. **General damages**  AMOUNT
   a. ☒ Pain, suffering, and inconvenience ........................................................................ $ 1,500,000.00
   b. ☒ Emotional distress ................................................................................................ $ 1,500,000.00
   c. ☐ Loss of consortium ................................................................................................ $
   d. ☐ Loss of society and companionship (wrongful death actions only) ........................ $
   e. ☐ Other (specify) _____ $
   f. ☐ Other (specify) _____ $
   g. ☐ Continued on Attachment 1.g.

2. **Special damages**
   a. ☒ Medical expenses (to date) ................................................................................... $ 250,000.00
   b. ☒ Future medical expenses (present value) .............................................................. $ 500,000.00
   c. ☐ Loss of earnings (to date) ..................................................................................... $
   d. ☐ Loss of future earning capacity (present value) ................................................... $
   e. ☐ Property damage .................................................................................................. $
   f. ☐ Funeral expenses (wrongful death actions only) ................................................... $
   g. ☐ Future contributions (present value) (wrongful death actions only) ....................... $
   h. ☐ Value of personal service, advice, or training (wrongful death actions only) ......... $
   i. ☐ Other (specify) _____ $
   j. ☐ Other (specify) _____ $
   k. ☐ Continued on Attachment 2.k.

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify). $ _____
       when pursuing a judgment in the suit filed against you.

Date: 03.08.2022

Gene J. Goldsman, Esq.
(TYPE OR PRINT NAME)                                (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                                                                                        Page 1 of 2

Form Adopted for Mandatory Use                    STATEMENT OF DAMAGES                        Code of Civil Procedure, §§ 425.11, 425.115
Judicial Council of California                    (Personal Injury or Wrongful Death)                    www.courtinfo.ca.gov
CIV-050 [Rev. January 1, 2007]

American LegalNet, Inc.
www.FormsWorkflow.com

# EXHIBIT C

JONATHAN H. COLMAN (SBN 93652)
JOHN K. FLOCK (SBN 200183)
LAUREN B. KUTZ (SBN 250718)
COLMAN PERKINS LAW GROUP
500 North Brand Boulevard, Suite 2200
Glendale, California 91203
TELEPHONE (818)546-8686
FACSIMILE   (818)546-8787

Attorneys for Defendants
COSTCO WHOLESALE CORPORATION

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF ORANGE  -  (SANTA ANA)**

| | |
|---|---|
| JOSEF LOUIS BOOTOW,<br><br>          Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION;<br>BRUCE FINN; DOES 1 to 20,<br><br>          Defendants. | Case No.: 30-2021-01228600-CIJ-PO-CJC<br><br>**NOTICE OF REMOVAL<br>TO FEDERAL COURT** |

TO PLAINTIFF JOSEF LOUS BOOTOW AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant, Costco Wholesale Corporation ("Defendant") has filed a Notice of Removal of this action in the United States District Court for the Central District of California, Southern Division, pursuant to 28 U.S.C. § 1332, 1334, 1441, 1446, and 1452, and as otherwise provided by law.

A true and correct copy of said Notice of Removal is attached to this notice and incorporated herein by this reference as Exhibit "A", and is served and filed herewith.

/ / /

/ / /

/ / /

Dated: March 29, 2022          COLMAN PERKINS LAW GROUP

BY: _____
    JONATHAN H. COLMAN
    JOHN K. FLOCK
    LAUREN B. KUTZ
    Attorneys for Defendants
    COSTCO WHOLESALE CORPORATION

*Re:  Bootow v. Costco Wholesale Corporation*
*Case No.: 30-2021-01228600-CIJ-PO-CJC*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Colman Perkins Law Group, 15615 Alton Parkway, Suite 370, Irvine, California 92618, in said County and State.

  On March 30, 2022, I served the foregoing document described as

**NOTICE OF REMOVAL TO FEDERAL COURT**

on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

/ /  **BY MAIL (C.C.P. §§ 1013(a)):** By placing the document listed above in a sealed envelope addressed to the parties set forth on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/X /  **ONLY BY ELECTRONIC TRANSMISSION:** Only by e-mailing the document(s) from cjacobsen@colmanlawgroup.com to the person(s) at the e-mail address(es) listed on the attached Service List.  This is necessitated during the declared National Emergency due to the Coronavirus (Covid-19) pandemic because this office will not be sending physical mail as usual, and therefore will be using only electronic mail.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy upon request only.

/X/  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  **(C.C.P. § 2015.5)**

/ /  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 30, 2022, at Irvine, California.

*/s/ Candice VanDeudekom*

Candice VanDeudekom

---
3
NOTICE OF REMOVAL

## SERVICE LIST

*Re: Bootow v. Costco Wholesale Corporation*
*Case No.: 30-2021-01228600-CIJ-PO-CJC*

Gene J. Goldsman, Esq.
The Law Offices of Gene J. Goldsman
501 Civic Center Drive
Santa Ana, CA 92701
(714)541-3333 Phone
(714)541-0456 Fax
eservice@gjglaw.com
Attorney for Plaintiff

*Re: Bootow v. Costco Wholesale Corporation*
*Case No.: 30-2021-01228600-CIJ-PO-CJC*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Colman Perkins Law Group, 15615 Alton Parkway, Suite 370, Irvine, California 92618, in said County and State.

On March 30, 2022, I served the foregoing document described as

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**



/ /  **BY MAIL (C.C.P. §§ 1013(a)):** By placing the document listed above in a sealed envelope addressed to the parties set forth on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/X /  **ONLY BY ELECTRONIC TRANSMISSION:** Only by e-mailing the document(s) from cjacobsen@colmanlawgroup.com to the person(s) at the e-mail address(es) listed on the attached Service List. This is necessitated during the declared National Emergency due to the Coronavirus (Covid-19) pandemic because this office will not be sending physical mail as usual, and therefore will be using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy upon request only.

/X/  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. **(C.C.P. § 2015.5)**

/ /  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 30, 2022, at Irvine, California.

_____
Candice VanDeudekom

**SERVICE LIST**

*Re:   Bootow v. Costco Wholesale Corporation*
*Case No.: 30-2021-01228600-CIJ-PO-CJC*

Gene J. Goldsman, Esq.
The Law Offices of Gene J. Goldsman
501 Civic Center Drive
Santa Ana, CA 92701
(714)541-3333 Phone
(714)541-0456 Fax
eservice@gjglaw.com
Attorney for Plaintiff